UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Elizabeth Annobil,
                Plaintiff,

    V.

WORCESTER SKILLED CARE CENTER, INC.,
PATRICIA KENNEDY, SUSAN M. CASEY,
DENISE ZUFFANTE, JOEL STEVENS,
WINGATE HEALTHCARE, INC.,
SENIOR RESDENTIAL CARE/WORCESTER, INC.
d/b/a NUEROREHABILITATION CENTER AT
WORCESTER, and CONTINENTAL ASSET
MANAGEMENT, INC.,
                Defendants,

CIVIL ACTION

NO. 11-40131-TSH

## JUDGMENT

HILLMAN, D. J.

In accordance with the Court's Memorandum and Order dated 9/10/14, granting defendants' motions for summary judgment in the above-entitled action, it is hereby ORDERED:

        Judgment for the   Defendants

                                                     By the Court,

      9/10/14                                                /s/ Martin Castles
        Date                                                   Deputy Clerk